# ATTACHMENT 1

FILED/REC'D

2026 MAY 21  ∧ 10: 50

# COMPLAINT FORM

(for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _WESTERN_ DISTRICT OF _WISCONSIN_

---

(Full name of plaintiff(s))

JAMES R. ROSSIN

_____

_____

vs

(Full name of defendant(s))

(SEE ATTCHED SHEETS
– 8 PAGES)

_____

Case Number:

____26-cv-478-jdp_____

(to be supplied by clerk of court)

---

A.    PARTIES

1.    Plaintiff is a citizen of _WISCONSIN_ and resides at
(State)

_60 BROADWAY ST.; PLATTEVILLE, WI; 53818_
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant _I P&H (SEE ATTACHED SHEETS)_
_et. al._
(Name)

is (if a person or private corporation) a citizen of ___WISCONSIN (?)___
(State, if known)

and (if a person) resides at ___(SEE ATTACHED SHEETS)___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

___(SEE ATTACHED SHEETS)___

Attachment One (Complaint) – 2

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

(SEE ATTACHED SHEETS)

E.    JURY DEMAND

☐    Jury Demand – I want a jury to hear my case

OR

☒    Court Trial – I want a judge to hear my case

Dated this ___19ᵀᴴ___ day of ___MAY___ 20_26_.

Respectfully Submitted,

_____
Signature of Plaintiff

(608) 348-3798
_____
Plaintiff's Telephone Number

jrossi726@gmail.com
_____
Plaintiff's Email Address

_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5